**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROBERT LEE PEARSON, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )  Case No. CIV-06-0017-F |
| | ) |
| JUSTIN JONES, | ) |
| | ) |
|     Respondent. | ) |

**ORDER**

In this action petitioner seeks habeas relief under 28 U.S.C. § 2241. Petitioner appears *pro se,* and his pleadings are liberally construed.

Magistrate Judge Bana Roberts entered her Report and Recommendation in this matter on September 29, 2006. (Doc. no. 18.) In that Report, the magistrate judge recommended that the petition be denied. The Report further advised petitioner of his right to file an objection to the Report by October 20, 2006. Petitioner sought, and was granted, an extension of time, allowing any objection to be filed by December 19, 2006; however, no objection has been filed and no request for any additional extensions have been made. The Report also advised that failure to make timely objection to the Report waives the right to appeal the recommended dismissal.

After review of the Report, the record, and the relevant authorities, and with there being no objection, the court finds and concludes that it concurs with the magistrate judge's determinations and that no purpose would be served by repeating those determinations, or any analysis, here.

Accordingly, the Report and Recommendation of Magistrate Judge Bana Roberts is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. For the reasons stated in the Report, the petition for a writ of habeas corpus is **DENIED**.

Dated this 8th day of January, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0017p003(pub).wpd